```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                        PENSACOLA DIVISION

IN RE:                              )
                                    )
KEVIN EDGAR RUCKS,                  )    CASE NO.   05-32849-LMK
                                    )       CHAPTER 7
        Debtor.                     )
_____)
```

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 8 | TD Banknorth Maine<br>Attn: Loan Research<br>32 Chestnut St.<br>Lewsiton, ME 04240 | 3,849.69 |

Dated: 10/7/08

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005